# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1555
LT Case No. 59-2024-DR-2823

_____

VICTORIA MICHELLE GRAJEDA,

Appellant,

v.

ANTHONY ALFONSO GRAJEDA,

Appellee.

_____

On appeal from the Circuit Court for Seminole County. Christopher Sprysenski, Judge.

Victoria Michelle Grajeda, Orlando, pro se.

John P. Wallace, of Richard A. Heller, PA, Winter Park, for Appellee.

April 9, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____